UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOE LELAND TARVER,<br>ROCK AND ROLL CYCLES, LLC and<br>CYCLE FOR LIFE, INC.,<br><br>Defendants. | C.A. No. 5:20-cv-00056-M |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANTS JOE LELAND TARVER; ROCK AND ROLL CYCLES, LLC; and CYCLE FOR LIFE, INC.**

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendants Joe Leland Tarver; Rock and Roll Cycles, LLC; and Cycle for Life, Inc. ("Defendants"), and respectfully shows the Court as follows:

1. On March 10, 2020, the Commission filed suit alleging violations of the federal securities laws by the Defendants.

2. The Commission has reached a settlement with Defendants regarding the Commission's claims. Defendants have executed the attached Consents and agree to the form of the attached proposed Final Judgment. Copies of the Consents are included within Exhibit "A" and a copy of the Final Judgment is attached hereto as Exhibit "B".

      3.      The Commission respectfully requests that the Court enter the Final Judgment as to Defendants and that the Court expressly rule that there is no just reason for delaying the entry of such Judgment under Federal Rule of Civil Procedure 54(b).

March 10, 2020                        Respectfully submitted,

                                    *s/Matthew J. Gulde*
                                    MATTHEW J. GULDE
Illinois Bar No. 6272325
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-1410
Fax: 917-978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Commission conferred with counsel for Defendants, who stated that Defendants are not opposed to the relief requested in this motion.

                                              *s/Matthew J. Gulde*_____
                                              Matthew J. Gulde

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, a copy of foregoing *Unopposed Motion To Enter Judgment Against Defendants Joe Leland Tarver; Rock and Roll Cycles, Inc.; and Cycle for Life, LLC* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              *s/Matthew J. Gulde*_____
                                              Matthew J. Gulde