IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00056-M |
| JOE LELAND TARVER, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Enter Final Judgment. [ECF No. 3]. The Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 58, a Final Judgment shall issue by separate document.

**SO ORDERED**.

March 23, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE